
FILED
FEB 07 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

EMAIL ACCOUNTS at: (A-1) Yahoo, located at 701 First Avenue, Sunnyvale, CA 94089, more particularly described in "Attachment A-1"; (A-2) Microsoft Corporation, located at 1 Microsoft Way, Redmond, WA 98052, more particularly described in "Attachment A-2"; and (A-3) 1&1 Mail & Media Inc., located at 701 Lee Road Suite 300, Chesterbrook, PA 19087, more particularly described in "Attachment A-3". Each Attachment (A-1, A-2, and A-3) is attached hereto and fully incorporated herein.

Case Number:

2:14 - SW - 0059 - KJN

Approved
AUSA MW 2/6/2014

I, __Dustin Warner__, being duly sworn depose and say:

I am a(n) __U. S. Postal Inspector__ and have reason to believe that:

☐ on the person of or ☒ on the property or premises know as (name, description and/or location)

**See Attachments A-1, A-2, and A-3, attached hereto and fully incorporated herein**

in the _Eastern District of Pennsylvania, Western District of Washington, & Northern District of California_

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**See Attachment B, attached hereto and fully incorporated herein**

which is (state one or more bases for search set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

**evidence of, fruits of, instrumentalities, and property designed for use, intended for use and used in committing crimes**

concerning a violation of Title __18__ United States code, Section (s) _1344(2), 1343, and 1028A_.

The facts to support a finding of probable cause are as follows: **See Attached Affidavit**
Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Affiant
DUSTIN WARNER, Postal Inspector

Sworn to before me and subscribed in my presence,

__Feb 6, 2014__                    at   __Sacramento, California__
Date                                                City and State

HON KENDALL J. NEWMAN
U.S. Magistrate Judge
Name and Title of Judge

_____
Signature of Judge

# ATTACHMENT A-1

## Property to Be Searched

Yahoo, located at 701 First Avenue, Sunnyvale, CA 94089, and all premises owned, maintained, controlled, or operated by Yahoo, for all information possessed, in any form, associated with the following email accounts:

1. aslammubeen66@yahoo.com
2. burak.ozyigit@yahoo.com
3. dell555xps1000@yahoo.com
4. dell555xps1001@yahoo.com
5. dell555xps1002@yahoo.com
6. dell555xps1003@yahoo.com
7. dell555xps1006@yahoo.com
8. dell555xps1016@yahoo.com
9. harryvillegas69@yahoo.com
10. ifreedeliveryflowers@yahoo.com
11. khan786024@yahoo.com
12. rajaranipkusa@yahoo.com
13. scott83001@yahoo.com
14. stump_elizabeth@yahoo.com

# **ATTACHMENT A-2**

## Property to Be Searched

Microsoft Corporation, located at 1 Microsoft Way, Redmond, WA 98052, and all premises owned, maintained, controlled, or operated by Microsoft Corporation, for all information possessed, in any form, associated with the following email accounts: **mubeen95695@hotmail.com.**

# ATTACHMENT A-3

## Property to Be Searched

1&1 Mail & Media Inc., located at 701 Lee Road Suite 300, Chesterbrook, PA 19087, and all premises owned, maintained, controlled, or operated by 1&1 Mail and Media Inc., for all information possessed, in any form, associated with the following email accounts: **mubeen3481@mail.com.**

**For each and every email address identified in paragraph 6 below, the information to be searched for, seized and provided to the United States includes the following:**

1. The contents of all emails associated with the email account(s), including stored or preserved copies of emails sent to and from the account, draft emails, read email, saved email, deleted email, unopened email, junk email, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email.

2. All information that identifies in any way subscribers to the email accounts including names, addresses, telephone numbers and other identifiers, email addresses, business information, the length of service (including start date), means and source of payment for services (including any credit card or bank account number), records of the Internet Protocol address ("IP address") used to register the account, IP addresses associated with particular logins to the account, and information about any domain name registration.

3. All records pertaining to the types of service utilized by the email account subscriber. To include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), password and password/security reminder questions and answers, other log files that reflect usage of the account, and any information to identify which computers or other devices were used to access the email account.

4. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures and image files, data files, and other such correspondence.

5. All records pertaining to communications between the provider and any person regarding the account, including contacts with support services, records of actions taken, and direct or indirect communications about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users.

6. The email addresses are as follows:
    1) aslammubeen66@yahoo.com
    2) burak.ozyigit@yahoo.com
    3) dell555xps1000@yahoo.com
    4) dell555xps1001@yahoo.com
    5) dell555xps1002@yahoo.com
    6) dell555xps1003@yahoo.com
    7) dell555xps1006@yahoo.com
    8) dell555xps1016@yahoo.com
    9) harryvillegas69@yahoo.com
    10) ifreedeliveryflowers@yahoo.com
    11) khan786024@yahoo.com
    12) rajaranipkusa@yahoo.com
    13) scott83001@yahoo.com
    14) stump_elizabeth@yahoo.com
    15) mubeen95695@hotmail.com
    16) mubeen3481@mail.com

AFFIDAVIT

I, Dustin Warner, being duly sworn, depose and state the following.

1. I am a Postal Inspector and have been so employed since February 2012. Currently, I am assigned to the San Francisco Division of the United States Postal Inspection Service (USPIS), and I work out of the Sacramento office. During my tenure I have completed training at the United States Postal Inspection Service Academy in Potomac, MD.

2. As a part of my official duties, it is my responsibility to investigate violations of federal and state law, including robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, use of internet and email services to facilitate fraudulent activity, credit card fraud, identity theft and/or counterfeit personal checks and identifications.

3. As an Inspector with the USPIS, I have participated in numerous criminal investigations relating to theft of U.S. Mail, counterfeit corporate checks, and possession of stolen U.S. Mail, counterfeit personal checks, bank fraud, identity theft and counterfeit identifications.

4. The facts and conclusions in this affidavit are based on my personal knowledge gained from my participation in this investigation, my training and experience, and information gained from other Inspectors, Agents, local law enforcement, and field contacts and reports. Since this affidavit is submitted for the limited purpose of obtaining a search warrant, I have not included all of the facts of which I am aware in this investigation.

5. This affidavit is submitted in support of an Application for a search warrant for information associated with certain email accounts that are stored at premises owned, maintained, controlled, or operated by the following: (A-1) Yahoo, located at 701 First Avenue, Sunnyvale, CA 94089, more particularly described in "Attachment A-1"; (A-2) Microsoft Corporation, located at 1 Microsoft Way, Redmond, WA 98052, more particularly described in "Attachment A-2"; and (A-3) 1&1 Mail & Media Inc., located at 701 Lee Road Suite 300, Chesterbrook, PA 19087, more particularly described in "Attachment A-3". Each Attachment (A-1, A-2, and A-3) is attached hereto and fully incorporated herein. Each warrant is for the items set forth in Attachment B hereto (which Attachment B is fully incorporated herein). The items set forth in Attachment B constitute evidence, fruit, and instrumentalities of violations of 18 USC § 1344(2) (bank fraud), 18 USC § 1343 (wire fraud), and 18 USC § 1028A (aggravated identity theft). This affidavit is made in support of an application for a search warrant under 18 USC §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Yahoo, Microsoft Corporation, and 1&1 Mail & Media Inc. to disclose to the United States all records data, and other information (including content of communications) pertaining to the information described in Attachment B.

6. On or about 2/22/2011, victim Megan B. made an online purchase at sunglasscity.com using her American Express card (ending 4001). Similarly, in 2011 victims Harry V. using card (ending 6149), Scott B. using card (ending 7702), and Elizabeth S. using card (ending 2915) purchased sunglasses through sunglasscity.com. Victim Burak O. also reported he used his card (ending 6896) in an attempt to purchase sunglasses at sunglasscity.com. Your affiant is aware that Sunglass City is a business that operates a physical store in San Anselmo, CA as well as an interstate online store located at sunglasscity.com.

7. On or about 6/1/2011, Sunglass City hired an individual later identified as Yasir Mehmood (hereafter "Defendant Mehmood"), currently charged in case number 2:12-CR-154-JAM, to repair computers at their store and a sister store. The Sunglass City co-owner at the time, victim Quynh N., stated that as part of the computer repair Defendant Mehmood was provided with the login and password to ensure Sunglass City's computers could remotely access their internet customer database.

8. From about 9/27/2011 to 1/22/2012, at least three IP addresses (including 98.208.26.9), known to be used by Defendant Mehmood, remotely logged into Sunglass City's customer database and accessed without authorization hundreds of customer orders, each containing customer name, address, email address, phone number, credit/debit card number and credit/debit card security codes. Victim Megan B.'s, Harry V.'s, Scott B.'s, Elizabeth S.'s, and Burak O.'s Sunglass City customer information was later located on computers seized on April 3, 2012 pursuant to a federal search warrant from Defendant Mehmood's residence. In addition, evidence was recovered indicating Defendant Mehmood had taken over victim Scott B.'s Wells Fargo Bank account.

9. On or about 10/13/2011, numerous domain names (websites) including www.iflora2000.com, were purchased through 1&1 Internet in the name of victim Megan B. Your affiant is aware that 1&1 Internet is a company that offers domain registration, website hosting, and other services. According to 1&1 Internet records, victim Megan B.'s true name, address and American Express card (ending 4001) were used to purchase and register the domains. 1&1 Internet records show an email address used by Defendant Mehmood (**dell555xps1000@yahoo.com**) was used to make the purchase and registration and that the purchase was made from an IP address (98.208.26.9) associated with Defendant Mehmood. Victim Megan B. stated she did not purchase any websites with 1&1 Internet and further confirmed her American Express card (ending 4001) was fraudulently used to pay for the registration of the websites.

10. On or about 10/27/2011, Defendant Mehmood, using his true name, opened a Bluehost account to host web sites for certain and other domains he registered. Defendant Mehmood used phone number 510 239 6191, assigned to a phone seized pursuant to the federal search of Defendant Mehmood's residence, to open the account. Bluehost records show an email address used by Defendant Mehmood (**dell555xps1000@yahoo.com**) and an IP address 98.208.26.9, previously associated with Defendant Mehmood, were used to open the Bluehost account. Defendant Mehmood purchased the Bluehost web hosting services using without authorization victim Harry V.'s Visa card (ending 6149). The Bluehost services Mehmood purchased included the ability for Mehmood to put the websites/domain names, including

www.iflora2000.com, which he purchased (via victim Megan B.) and other other website/domain names he acquired onto the internet thereby making such sites/domains accessible to the public. Specifically, on or about 11/1/2011, www.iflora2000.com was added to Defendant Mehmood's Bluehost website hosting account and, on or about 10/30/2011, www.1800iflowers.com was added to Defendant Mehmood's Bluehost website hosting account.

11.     On or about 11/9/2011, victim Kristin W. attempted to order flowers from one of Mehmood's websites/domains hosted by Bluehost. At the time, she provided her Wells Fargo Bank credit card (ending 4196). Later, on 11/9/2011, victim Kristin W. received an email confirmation purportedly from www.1800iflowers.com but actually from **ifreedeliveryflowers@yahoo.com**. Thereafter, also on 11/9/2011, victim Kristin W. received another email purportedly from www.1800iflowers.com but actually from **ifreedeliveryflowers@yahoo.com** cancelling her order and indicating her credit card will not be charged. On 2/1/2012, Kristin W.'s credit card (ending 4196) was charged with the indication "IFLORA2000 415-5250334 CA". As previously stated, iflora2000 is a website/domain purchased by Mehmood with victim Megan B.'s credit card (ending 4001). The number 415 525 0334 is indicated on the iflora2000 website "Contact Us" page. Also, the number 415 525 0334 is listed as a contact in the aforementioned phone, assigned number 510 239 6191, seized pursuant to the federal search of Defendant Mehmood's residence. Law enforcement determined the phone utilizing number 510 239 6191 contained multiple "selfies" of Defendant Mehmood. The number 415 525 0334 was also printed on checks in victim Mubeen A.'s name seized pursuant to the federal search of Defendant Mehmood's residence. On 3/17/2012, victim Kristin W.'s credit card (ending 4196) was again charged with the indication "USPS CHANGE OF66100959 800-2383150 TN" for a change of address submission. Victim Kristin W.'s address was fraudulently changed, forwarding her mail to PO Box 5064, Oakland, CA, a box rented and controlled by Defendant Mehmood. An item of victim Kristen W.'s fraudulently forwarded mail, an opened letter from Wells Fargo Bank containing victim Kristen W.'s replacement credit card, was seized in Defendant Mehmood's residence pursuant to the 4/3/2012 federal search.

12.     On or about 11/9/2011, victim Jane P. attempted to order flowers from one of Mehmood's websites/domains hosted by Bluehost using her Wells Fargo Bank credit card (ending 4189). Later, on 11/9/2011, victim Jane P. received an email cancellation indicating her credit card (ending 4189) was not accepted. Victim Jane P. then went back to Defendant Mehmood's website hosted at Bluehost and provided another credit card (ending 6762) to purchase the flowers. Victim Jane P. shortly thereafter received an email indicating delivery to Washington DC was not available and that her credit card would not be charged. On 2/1/2012, victim Jane P.'s Wells Fargo Bank credit card (ending 4189) was charged with the indication "IFLORA2000 415-5250334 CA".

13.     Law enforcement review of the computers seized on 4/3/2012 from Defendant Mehmood's residence pursuant to the federal search warrant recovered numerous victim profiles. The profiles were in text file format with name, address, email, phone, credit card number, and credit card security code. Many profiles contained notations regarding the victim information. The profiles also contained notations indicating unauthorized transactions and emails created in furtherance of the unauthorized use of victim

information. A profile for victim Kristen W. was found on the computers seized from Defendant Mehmood's residence and a written profile for victim Mubeen A. was seized from Defendant Mehmood's residesidence. Profiles for victim Jane P. were found on the computers seized from Defendant Mehmood's residence.

14. Based on my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and based on my training and experience and common sense, I know that email providers, such as Yahoo, Microsoft Corporation, and 1&1 Mail & Media Inc., provide a variety of services, including electronic mail ("email") account(s) and access via the account(s) to private citizens and the public. Email providers allow subscribers to obtain email accounts at domain names to include Yahoo.com (Yahoo), Hotmail.com (Microsoft Corporation), and Mail.com (1&1 Mail & Media Inc). Subscribers obtain an account by registering with email providers. During the registration process, email providers ask subscribers to provide basic personal information which the providers maintain. Email providers also routinely capture registration IP addresses and other account information. Email accounts may be used to send and receive email, maintain contact/buddy lists, and store email which the email providers maintain. I am aware that email subscribers at Yahoo, Microsoft Corporation, and 1&1 Mail & Media Inc also may store data files, image files, address books, calendar data, and other related data. A Yahoo, Microsoft Corporation, and 1&1 Mail & Media Inc subscriber can accumulate read email, saved email, deleted email, sent email, unopened email, junk email, and other such correspondence. Yahoo, Microsoft Corporation, and 1&1 Mail & Media Inc thus possess stored electronic communications (including retrieved and unretrieved email for subscribers) and information concerning subscribers and their use of services, such as account access information, email transaction information, and account application information.

15. Based on my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and based on my training and experience and common sense, in my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the e-mail account.

16. Based on my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and based on my training and experience and common sense, email account users often communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the

provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

17.     From my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and from my training and experience and common sense, law enforcement has identified, including -- based on review of seized computers and evidence from Defendant Mehmood's residence, fraudulent transactions and attempted transactions on victim bank, credit and debit accounts, internet accounts associated with Defendant Mehmood, telephone and cellular records associated with Defendant Mehmood, and analysis of records provided by Square Inc. -- the following Yahoo email accounts utilized in furtherance of the unauthorized use of the indicated identified victim:

> Megan B.'s American Express credit card account (ending 4001):
> **rajaranipkusa@yahoo.com, dell555xps1000@yahoo.com, dell555xps1002@yahoo.com, dell555xps1003@yahoo.com, dell555xps1006@yahoo.com.**
>
> Harry V.'s visa card account (ending 6149):
> **harryvillegas69@yahoo.com, khan786024@yahoo.com, and dell555xps1000@yahoo.com.**
>
> Scott B.'s Wells Fargo checking account and his credit card account (ending 7702): **scott83001@yahoo.com, dell555xps1016@yahoo.com,** and **dell555xps1000@yahoo.com.**
>
> Burak O.'s credit card account (ending 6896):
> **burak.ozyigit@yahoo.com.**
>
> Elizabeth O.'s credit card account (ending 2915):
> **stump_elizabeth@yahoo.com**

18.     Between on or about 10/2011 and 12/2011, victim Justin C. responded to a Craigslist ad by Defendant Mehmood soliciting a automotive mechanic. During this period of time and into 2012, Justin C. was hired by Defendant Mehmood to perform automotive repairs. Defendant Mehmood also offered to repair Justin C.'s computer, which contained personal identification and financial information belonging to Justin C.

19.     Thereafter, at least two accounts (unauthorized by Justin C.) were opened at Square Inc. utilizing Justin C.'s name, social security number, and date of birth. The first Square Inc. account had an account name "iflora2000" and listed an email address of **dell555xps1010@yahoo.com**. The second Square Inc. account had an account name Justin C. and listed an email address of **ifloraa@yahoo.com**. Both of the Square Inc. accounts listed a physical address of "PO Box 237, Sacramento, CA." This Post Office box, PO Box 237, was rented and controlled by Defendant Mehmood. Law enforcement review of Square Inc. and Kristen W. records shows a fraudulent transaction attempted on victim Kristen W.'s credit card (ending 4196) utilizing the second Square Inc. account opened in Justin C.'s name.

20. Based on my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and based on my training and experience and common sense, I am aware that Square Inc. provides debit and credit card processing services. Individuals and/or merchants possessing a Square Inc. account may charge access devices for goods and/or services.

21. On or about 2/3/2012, victim Mubeen A. responded to a Craigslist ad by Defendant Mehmood soliciting a taxi driver. Thereafter, victim Mubeen A. -- believing he was applying for a job -- provided Defendant Mehmood his personal identification, including his name, address, date of birth and copies of his Social Security card and drivers license, via email. The email address for Defendant Mehmood, to which Victim Mubeen A. sent that information, was **dell555xps1001@yahoo.com.**

22. Thereafter, at least three accounts (unauthorized by victim Mubeen A.) were opened at Square Inc. utilizing victim Mubeen A.'s name, social security number, and date of birth:

    account name Mubeen A., email address of **aslammubeen66@yahoo.com**
    account name Mubeen A., email address of **mubeen95695@hotmail.com**
    account name Mubeen A., email address of **mubeen3481@mail.com**

Law enforcement review of the account utilizing email **mubeen3481@mail.com** indicates fraudulent transactions attempted on the following victims: victim Kristen W., victim Megan B., victim Harry V., and victim Jane P.

23. Law enforcement review of Square Inc. records indicates at least two unauthorized accounts opened in the name of victim Scott B., utilizing the following email addresses: **dell555xps1016@yahoo.com** and **scott83001@yahoo.com**. The Square Inc. records for one of the accounts shows a fraudulent transaction attempted on victim Jane P.'s credit card (ending 4189).

24. Law enforcement review of the evidence seized on 4/3/2012 from Defendant Mehmood's residence pursuant to the federal search warrant recovered several handwritten profiles containing financial and identification information, including those of victim Justin C. and victim Mubeen A. As previously mentioned, profiles for victims Megan B., Harry V., Scott B., Elizabeth S., and Burak O., among others, were located in computers seized from Defendant Mehmood's residence. Also, profiles for victims Jane P. and Kristen W. were found on the computers seized from Defendant Mehmood's residence.

25. Law enforcement has confirmed that none of the herein-referenced email accounts were opened or used by the victims identified in this affidavit.

26. As set forth above, Yahoo, Microsoft Corporation, and 1&1 Mail & Media Inc. possess stored electronic communications (including retrieved and unretrieved email for subscribers) and information concerning subscribers and subscriber use of services, such as account access information, email transaction information, and account application

information. Since the herein referenced Yahoo, Microsoft Corporation, and 1&1 Mail & Media Inc email accounts were used in furtherance of schemes to defraud federally insured financial institutions, in furtherance of bank and wire fraud schemes, and in furtherance of identity theft crimes, based on my participation in this investigation, my conversations with other law enforcement personnel with whom I have discussed this case, and based on my training and experience and common sense, information contained in or relating to the referenced Yahoo, Microsoft Corporation, and 1&1 Mail & Media Inc email accounts constitutes evidence, fruits and instrumentalities of said crimes.

27. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 USC §§ 2711; 18 USC §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, this Court is "a district court of the United States . . . that – has jurisdiction over the offense[s] being investigated." 18 USC § 2711(3)(A)(i). Yahoo, Microsoft Corporation, and 1&1 Mail & Media Inc., are covered under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), and thus this Court of competent jurisdiction may require these providers to disclose to the United States copies of records and all other information (including the content of communications), described herein and in Attachment B, fully incorporated herein.

28. For the reasons stated above, there is probable cause to believe that evidence, fruits, contraband, and instrumentalities, as more fully described in Attachment B to the Search Warrant and Application for Search Warrant, hereby fully incorporated herein, of violations of 18 USC § 1344(2) (bank fraud), 18 USC § 1343 (wire fraud), and 18 USC § 1028A (aggravated identity theft) may be found at premises owned, maintained, controlled, or operated by the following: (A-1) Yahoo, located at 701 First Avenue, Sunnyvale, CA 94089, more particularly described in "Attachment A-1"; (A-2) Microsoft Corporation, located at 1 Microsoft Way, Redmond, WA 98052, more particularly described in "Attachment A-2"; and (A-3) 1&1 Mail & Media Inc., located at 701 Lee Road Suite 300, Chesterbrook, PA 19087, more described in "Attachment A-3".

_____
Dustin Warner
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me
This 6th day of February 2014.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Approved:

_____  2/6/2014
Michelle Rodriguez
Jeffrey A. Spivak
Assistant United States Attorneys

Affidavit                                                                                           Page 7

AO 93 (Rev. 12/03)  Search Warrant

# UNITED STATES DISTRICT COURT

_____EASTERN_____   District of   _____CALIFORNIA_____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

EMAIL ACCOUNTS at: (A-1) Yahoo, located at 701 First Avenue, Sunnyvale, CA 94089, more particularly described in "Attachment A-1"; (A-2) Microsoft Corporation, located at 1 Microsoft Way, Redmond, WA 98052, more particularly described in "Attachment A-2"; and (A-3) 1&1 Mail & Media Inc., located at 701 Lee Road Suite 300, Chesterbrook, PA 19087, more particularly described in "Attachment A-3". Each Attachment (A-1, A-2, and A-3) is attached hereto and fully incorporated herein.

**SEARCH WARRANT**

Case Number:

2:14-SW-0059-KJN

To:   **Dustin Warner, U.S. Postal Inspector**   and any Authorized Officer of the United States.

Affidavit(s) having been made before me by ____**Dustin Warner, U.S. Postal Inspector**____ who has reason to
                                                                                              Affiant
believe that ☐ on the person of, or ☒ on the premises known as (name, description and/or location)
**See Attachment A, attached hereto and fully incorporated herein**

in the   Eastern District of Pennsylvania, Western District of Washington, and Northern District of CA   there is now concealed a certain person or property, namely  (describe the person or property)

**See Attachment B, attached hereto and fully incorporated herein**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED TO SEARCH ON OR BEFORE     Feb 20, 2014
                                                                                                      Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime -- 6:00 A.M. to 10:00 P.M.   ☐ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken and prepare a written inventory of the person or property seized and promptly return this warrant to **HON. KENDALL J. NEWMAN** or other U.S. Magistrate Judge (Rule 41(f)(f4)), as required by law.

Feb 6, 2014   4:30 pm.            at   **Sacramento, California**
Date and Time Issued                    City and State

**HON. KENDALL J. NEWMAN**
**U.S. Magistrate Judge**
Name and Title of Judge                 Signature of Judge

| **RETURN** | **Case Number:** | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____
Signature of Affiant

Subscribed, sworn to, and returned before me this date.

_____          _____
Signature of Judge                                                   Date

## ATTACHMENT A-1

### Property to Be Searched

Yahoo, located at 701 First Avenue, Sunnyvale, CA 94089, and all premises owned, maintained, controlled, or operated by Yahoo, for all information possessed, in any form, associated with the following email accounts:

1. aslammubeen66@yahoo.com
2. burak.ozyigit@yahoo.com
3. dell555xps1000@yahoo.com
4. dell555xps1001@yahoo.com
5. dell555xps1002@yahoo.com
6. dell555xps1003@yahoo.com
7. dell555xps1006@yahoo.com
8. dell555xps1016@yahoo.com
9. harryvillegas69@yahoo.com
10. ifreedeliveryflowers@yahoo.com
11. khan786024@yahoo.com
12. rajaranipkusa@yahoo.com
13. scott83001@yahoo.com
14. stump_elizabeth@yahoo.com

## ATTACHMENT A-2

## Property to Be Searched

Microsoft Corporation, located at 1 Microsoft Way, Redmond, WA 98052, and all premises owned, maintained, controlled, or operated by Microsoft Corporation, for all information possessed, in any form, associated with the following email accounts: **mubeen95695@hotmail.com.**

## ATTACHMENT A-3

### Property to Be Searched

1&1 Mail & Media Inc., located at 701 Lee Road Suite 300, Chesterbrook, PA 19087, and all premises owned, maintained, controlled, or operated by 1&1 Mail and Media Inc., for all information possessed, in any form, associated with the following email accounts: **mubeen3481@mail.com.**

**For each and every email address identified in paragraph 6 below, the information to be searched for, seized and provided to the United States includes the following:**

1. The contents of all emails associated with the email account(s), including stored or preserved copies of emails sent to and from the account, draft emails, read email, saved email, deleted email, unopened email, junk email, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email.

2. All information that identifies in any way subscribers to the email accounts including names, addresses, telephone numbers and other identifiers, email addresses, business information, the length of service (including start date), means and source of payment for services (including any credit card or bank account number), records of the Internet Protocol address ("IP address") used to register the account, IP addresses associated with particular logins to the account, and information about any domain name registration.

3. All records pertaining to the types of service utilized by the email account subscriber. To include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), password and password/security reminder questions and answers, other log files that reflect usage of the account, and any information to identify which computers or other devices were used to access the email account.

4. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures and image files, data files, and other such correspondence.

5. All records pertaining to communications between the provider and any person regarding the account, including contacts with support services, records of actions taken, and direct or indirect communications about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users.

6. The email addresses are as follows:
   1) aslammubeen66@yahoo.com
   2) burak.ozyigit@yahoo.com
   3) dell555xps1000@yahoo.com
   4) dell555xps1001@yahoo.com
   5) dell555xps1002@yahoo.com
   6) dell555xps1003@yahoo.com
   7) dell555xps1006@yahoo.com
   8) dell555xps1016@yahoo.com
   9) harryvillegas69@yahoo.com
   10) ifreedeliveryflowers@yahoo.com
   11) khan786024@yahoo.com
   12) rajaranipkusa@yahoo.com
   13) scott83001@yahoo.com
   14) stump_elizabeth@yahoo.com
   15) mubeen95695@hotmail.com
   16) mubeen3481@mail.com